# WEINBERG & WEINBERG LLP

Attorneys at Law
819 Hogan Street
Houston, Texas 77009
Telephone (713) 572-1234
Facsimile (713) 572-1233
www.weinbergfirm.com

Steven J. Weinberg
sweinberg@weinbergfirm.com

Michael Weinberg
mweinberg@weinbergfirm.com

March 14, 2014

**Via Facsimile (317) 715-9616 and E-Mail [rfaulkner@baldwinandlyons.com]**
Renee Faulkner
Baldwin & Lyons, Inc.
111 Congressional Blvd., Suite 500
Carmel, Indiana 46032

| | | |
|---|---|---|
| Re: | Our Clients: | Oscar Osorio, Ruben Osorio, Julio Cesar Osorio Preciado, Individually and As Next Friend of Paulina Osorio Montejano, a Minor, Alexandra Montejano Guana, Rosalba Osorio Preciado, Maria De Lourdes Osorio, and Cecilia Osorio, Individually and As Next Friend of Rolando Encarnacion Osorio |
| | Date of Loss: | September 5, 2013 |
| | Claim Number: | 110364 |

Dear Ms. Faulkner:

Please be advised that this law firm, by agreement, has taken over the representation of the above-referenced claimants. Please direct all correspondence and other communication regarding this matter to my attention.

In reviewing the file, it appears that the property damage claim, insofar as the actual damage done to the camper and trailer are concerned, has been resolved. All that remains, therefore, as it relates to what might be generally referred to as the "property damage related claim" would be the Osorios' personal items that were destroyed, irreparably damaged and/or lost as a result of the accident in question.

As you are aware, the Osorios are traveling circus performers and, as would therefore be expected, the vast majority of their furnishings, personal items and other possessions were in the camper and trailer at the time of the accident. Not surprisingly, therefore, many of these items were destroyed, irreparably damaged and/or lost as a result of the accident.

An itemized list of these items, including the approximate value of each item, is set forth below:

Exhibit 9

### Home

1. 1 Case of Makeup ($180.00)
2. 6 Perfumes ($380.00)
3. 1 Set of Corel Tablewear ($45.00)
4. 1 Set of Pans ($50.00
5. 1 Set of Pots ($120.00)
6. 2 Sets of Spoons and Forks ($80.00)
7. 1 Set of Knives ($55.00)
8. 1 Pressure Cooker ($45.00)
9. 1 Blender ($55.00)
10. 1 Sandwich Maker ($25.00)
11. 1 Toaster ($20.00)
12. 1 Microwave Oven ($150.00)
13. 1 Washer and Dryer ($350.00)
14. 1 Hair Straightener ($80.00)
15. 1 Hair Dryer ($35.00)
16. 1 Bed Cover of Goose Feather ($90.00)
17. 3 Sets of Bead Spreads ($280.00)
18. 4 Set of Sheets ($120.00)
19. 5 Pillows of Goose Feather ($125.00)
20. 10 Bath Towels ($60.00)
21. 1 Norelco Shaver ($88.00)

Total: $2,433.00

### Clothes and Shoes

1. 30 Formal Shirts ($900.00)
2. 50 Regular shirts ($1,000.00)
3. 5 Tuxedos ($1,500.00)
4. Various Underclothes ($200.00)
5. Various Socks ($120.00)
6. Various Neckwear ($50.00)
7. 8 Caps ($160.00)
8. Various Scarves ($230.00)
9. Various Gloves ($180.00)
10. Various Belts ($400.00)
11. 50 Pairs of Shoes ($2,750.00)
12. 10 Sweaters ($400.00)
13. 6 Pairs of Sunglasses ($1,000.00)

Total: $8,890.00

### Working Cloth

1. 16 Pairs of Trapeze Costumes ($1,850.00)
2. 21 Pairs of Teeterboards ($2,500.00)
3. 12 Pairs of Russian Swing Costumes ($1,300.00)
4. 10 pairs of Boots ($1,250.00)
5. 9 Pairs of High Heels ($450.00)
6. 2 Security Belts for Trapeze ($560.00)

**Total: $7,910.00**

### Tools

1. 1 Craftsman 200 Piece Tool Set ($235.00)
2. 1 Drill and 1 DeWalt Screwdriver ($325.00)
3. 1 DeWalt Polishing Disc ($190.00)
4. 1 20 Piece Set of Screwdrivers and Irwin Pliers Vise-Grip ($160.00)

**Total: $910.00**

### Electronics

1. 2 Samsung Televisions ($2,500.00)
2. 2 MacBook Pro. Computers ($3,000.00)
3. 1 DVD Blue Ray Player ($120.00)
4. 150 DVD movies ($1,500.00)
5. 1 Nikon Professional Photography Camera ($650.00)
6. 2 Motorola Radios ($350.00)
7. 1 Sony Video Camera ($350.00)
8. 1 Sony Portable DVD ($120.00)
9. 1 Pair of Beats Mixr headphones ($300.00)
10. 1 Xbox Mw3 Limited Edition ($400.00)
11. 1 PlayStation 120 GB ($300.00)
12. 1 iPad ($635.00)
13. 1 iPod Touch 5th Generation ($300.00)
14. 16 Assorted Video Games ($640.00)

**Total: $11,165.00**

### Cash

1. $4,800.00

**Total: $4,800.00**

### Jewelry

1. 1 14 Karat Genova Gold Watch ($780.00)
2. 1 Men's Omega Watch ($2,500.00)
3. 1 Men's 14 Karat Gold Ring with 5 Diamonds ($680.00)
4. 1 14 Karat Gold Chain ($400.00)
5. 1 Woman's Pulse Watch ($300.00)
6. 2 Pairs of 14 Karat Earrings ($250.00)
7. 2 Women's 14 Karat Gold Rings ($400.00)

**Total: $5,310.00**

The approximate value of all of these items is **$41,418.00**. Copies of receipts for one of the Samsung televisions (the 55" one), the two computers and the Xbox are attached. Some other receipts may be available as well, although, as I'm sure you can appreciate, it is not possible or otherwise practicable to obtain receipts for the majority of the items.

In any case, please consider the Osorio family's significant losses as set forth above and let me know your thoughts. In the meantime, please let me know if you have any questions.

Very truly yours,

Michael Weinberg

MW/jag
Attachments

cc: Duncan Neblett III (w/attachments)
The Neblett Law Firm
409 East Nopal St.
Carrizo Springs, Texas 78834
**Via Facsimile (830) 876-2889 and E-Mail [Neblettlawfirm@att.net]**

4