# MISSOURI UNIFORM CRASH REPORT

PAGE 1 OF 7

## 1 - GENERAL CRASH INFORMATION

SPACE USED FOR BARCODE

**AGENCY NAME AND ORI**
MISSOURI STATE HIGHWAY PATROL
MOMHPBB00
R3503567

| LEFT THE SCENE | DRIVER NO | CLEARED | CRASH CLASSIFICATION | PROPERTY DAMAGE ONLY | NO. INJURED | NO KILLED | REPORT / CASE / INCIDENT NUMBER |
|---|---|---|---|---|---|---|---|
| ☐ Yes ☒ No | | ☐ Yes ☐ No | | ☐ | 9 | 0 | 130569947 |

| NO. VEH. INV | CRASH DATE | CRASH TIME (MIL) | NOTIFIED DATE | TIME NOTIFIED (MIL) | INVESTIGATION DATE | TIME ARRIVED (MIL) | INVEST. AT SCENE |
|---|---|---|---|---|---|---|---|
| 2 | 09/06/2013 | 2300 | 09/06/2013 | 2309 | 09/06/2013 | 2323 | ☒ Yes ☐ No |

**CRASH TYPE**
- ROADWAY: ☒ On Roadway, ☐ Off Roadway
- NON-COLLISION: ☐ Overturning, ☐ Fire / Explosion, ☐ Immersion, ☐ Jackknife, ☐ Fell/Jumped From MV, ☐ Cargo / Equip Loss / Shift, ☐ Other Non-Collision
- COLLISION INVOLVING: ☐ Animal, ☐ Pedalcycle, ☐ Fixed Object, ☐ Other Object, ☐ Pedestrian, ☐ Railway Vehicle, ☐ Animal Drawn Veh/Animal Ridden Trans, ☒ Motor Vehicle in Transport, ☐ Parked Motor Vehicle, ☐ Working Motor Vehicle

**DIRECTIONAL ANALYSIS FOR IMPACT WITH MOTOR VEHICLE**
- ☐ Front to Front, ☒ Front to Rear, ☐ Rear to Rear, ☐ Rear to Side
- ☐ Angle, ☐ Sideswipe (Same Dir.), ☐ Sideswipe (Opp Dir.), ☐ Falling / Shifting Cargo (Set in motion by MV)
- ☐ Other (Explain), ☐ Unknown (Explain)

**COMMERCIAL MOTOR VEHICLE INVOLVEMENT CRITERIA** - Answer the following to determine if the "Commercial Vehicle fields in Section 7G must be completed.

1. Does this crash involve any of the following?
   - 1a A person fatally injured, OR
   - 1b A person transported for medical attention, OR
   - 1c A vehicle towed due to disabling damage
   - ☐ No - No commercial vehicle fields need completion
   - ☒ Yes - Go to number 2 →

2. Examine each vehicle to determine if it is a commercial vehicle based upon the following:
   - 2a A truck/cargo van with GVWR/GCVWR of more than 10,000 lbs; OR
   - 2b A motor vehicle with seating for 9 or more including driver; OR
   - 2c A vehicle with a hazardous materials placard
   - ☐ No - No commercial vehicle fields need completion
   - ☒ Yes - Complete Section 7G for appropriate vehicle.

| EVIDENTIARY PHOTOS TAKEN | BY WHOM | AVAILABLE FROM | |
|---|---|---|---|
| ☐ Yes ☒ No | NOT APPLICABLE | | ☐ Investigating Agency |

| RECONSTRUCTION | BY WHOM | AVAILABLE FROM | |
|---|---|---|---|
| ☐ Yes ☒ No | NOT APPLICABLE | | ☐ Investigating Agency |

## 2 - LOCATION

| COUNTY | MUNICIPALITY | BEAT / ZONE | TRP/DIST/PCT | GPS COORDINATES (DD MM SS.S FORMAT) |
|---|---|---|---|---|
| RANDOLPH | NON-CITY OR UNINCORPORATED | 11 | B | LAT: N39 27 02.1 LONG: W92 24 13.0 |

| ON | RDWY. DIR | DISTANCE FROM | LOCATION | INTERSECTING |
|---|---|---|---|---|
| US 24 | W | 0.5 Miles ☐ NA Feet | ☒ After ☐ Before ☐ At ☐ NA | CRD 1450 |

| SPEED LIMIT | ROAD MAINTAINED BY | | | | | SPEED LIMIT | INT. DIR. | GEO - CODE |
|---|---|---|---|---|---|---|---|---|
| 60 | ☒ State ☐ County ☐ Municipal ☐ Private Property ☐ Other ☐ Unknown | | | | | NA | S | NA |

**TRAFFICWAY**
- ☐ One-Way, ☒ Two-Way Not Divided, ☐ Two-Way Divided Unprotected Median, ☐ Other
- ☐ Two-Way Not Divided, Continuous Center Turn Lane, ☐ Two-Way Divided, Positive Median Barrier, ☐ Unknown

**ROAD ALIGNMENT**: ☒ Straight, ☐ Curve, ☐ Unknown (Explain)
**ROAD PROFILE**: ☐ Level, ☐ Downhill, ☐ Dip, ☒ Uphill, ☐ Hillcrest, ☐ Unknown (Explain)

**INTERSECTION TYPE** ☒ NA
- ☐ 4-way Intersection, ☐ Y-Intersection, ☐ 5-way / More, ☐ Unknown (Explain)
- ☐ T-Intersection, ☐ Roundabout, ☐ Other (Explain)

**ROAD CONDITION**
- ☒ Dry, ☐ Snow, ☐ Slush, ☐ Standing Water, ☐ Sand / Gravel, ☐ Unknown (Explain)
- ☐ Wet, ☐ Ice / Frost, ☐ Mud / Dirt, ☐ Moving Water, ☐ Other (Explain)

**ROAD SURFACE**
- ☐ Concrete, ☐ Brick, ☐ Dirt / Sand, ☐ Cobblestone
- ☒ Asphalt, ☐ Gravel, ☐ Multi-Surface, ☐ Unknown (Explain)

**WEATHER CONDITION**
- ☒ Clear, ☐ Rain, ☐ Sleet / Hail, ☐ Fog / Mist, ☐ Other (Explain)
- ☐ Cloudy, ☐ Snow, ☐ Freezing (Temp), ☐ Severe Crosswind, ☐ Unknown (Explain)

**LIGHT CONDITION**
- ☐ Daylight, ☐ Dark-Lighted, ☒ Dark-Unlighted, ☐ Dark-Unknown Lighting, ☐ Other (Explain), ☐ Unknown (Explain)

## 3 - DAMAGE TO PROPERTY OTHER THAN VEHICLES ☒ None

LIST OWNER'S NAME & ADDRESS, DESCRIPTION OF PROPERTY, AND DAMAGE ☐ MoDOT ☐ County ☐ Municipality

## 4 - WITNESS

☐ None Identified ☐ Additional Witnesses in Narrative

| NAME | ADDRESS (Street, City, State, Zip) | PHONE NUMBER |
|---|---|---|
| CARUCEI, MICHAEL C | 5328 AVILA AVENUE SARASOTA, FL 34235 | UNK |

## 5 - PEDESTRIAN ☒ NA

☐ Law Enforcement Officer ☐ Other Emergency Services Personnel ☐ MoDOT Worker ☐ Other Trafficway Worker ☐ Other Pedestrian

| NO. | NAME (Last, First MI) & ADDRESS (Street City State, Zip) | | | | | | | PHONE NUMBER |
|---|---|---|---|---|---|---|---|---|

| DATE OF BIRTH | SEX | STRUCK BY VEH # | INJ | TRANS PORT | SAFETY DEVICES | LOCATION |
|---|---|---|---|---|---|---|
| | | | | | | ☐ On Roadway ☐ In Driveway Access ☐ On Median / Crossing Island |
| | | | | | | ☐ On Sidewalk ☐ Off Roadway ☐ Unknown |

**CROSSING ROAD** ☐ NA
- ☐ With Signal, ☐ Not At Crosswalk
- ☐ Against Signal, ☐ In Marked Crosswalk
- ☐ No Signal, ☐ In Unmarked Crosswalk
- ☐ Unknown, ☐ Unknown

**OTHER ACTIONS** ☐ NA/None
- ☐ Getting On / Off Vehicle
- ☐ Standing / Lying / Sitting in Trafficway
- ☐ Pushing / Working On Vehicle
- ☐ Behind / In Front of Parked / Stopped Veh

- ☐ Working In Trafficway, ☐ Unknown
- ☐ Playing In Trafficway, ☐ Other (Explain)
- ☐ Walking / Running In Trafficway
- ☐ With Traffic ☐ Against Traffic

**SCHOOL INFO.** ☐ NA
- ☐ Going To / From School
- ☐ Getting On / Off School Bus
- ☐ Both Of The Above
- ☐ Unknown (Explain)

**PROBABLE CONTRIBUTING CIRCUMSTANCES** ☐ None
- ☐ Failed To Yield, ☐ Alcohol, ☐ Vision Obstructed (Explain), ☐ Other (Explain)
- ☐ Distracted / Inattentive, ☐ Drugs, ☐ Physical Impairment (Explain), ☐ Unknown (Explain)

**DISTRACTED / INATTENTIVE CODE(S)** ☐ NA

**ALCOHOL USE**: ☐ Yes ☐ No ☐ Unknown

DISTRIBUTION: COPY - AGENCY FILE ORIGINAL - MISSOURI STATE HIGHWAY PATROL - TRAFFIC RECORDS DIVISION - P.O. BOX 568 - JEFFERSON CITY, MO 65102   SHP-2Q 01/12

**EXHIBIT 11**



☐ Page Not Used    REPORT # 130569847    PAGE 3 OF 7

## 7 - DRIVERS, VEHICLES, OWNERS, & OCCUPANTS

**NO. 1**

**7A. DRIVER - NAME** (Last, First, MI) & ADDRESS (Street, City, State, Zip)
EITEL, ANDREW CARLYLE    903 RESERVOIR HANNIBAL, MO 63401
PHONE NUMBER: (217)228-6555

| DRIVER LICENSE / ID NUMBER | STATE | LIC STATUS | LIC TYPE | | | MC ENDORSEMENT |
|---|---|---|---|---|---|---|
| V037044005 | MO | ☒ Valid ☐ Expired ☐ Susp/Rev/Denied ☐ Disqual CDL ☐ Canceled/Oth Invalid ☐ Unknown ☐ NA | ☒ CDL Class A ☐ Operator Class ☐ Interm/Grad ☐ NA | ☐ Permit ☐ MC Only ☐ Unlicensed | ☐ Unknown (Explain) | ☐ Yes ☐ No ☒ NA ☐ Unknown (Explain) |

| DATE OF BIRTH | SEX | SEAT LOC | INJ | TRANS-PORT | EJEC-TION | AIR BAG | SAFETY DEVICES | VISION OBSTRUCTED |
|---|---|---|---|---|---|---|---|---|
| 03/07/1960 | M | FL | 4 | 2 | 2 | 1 | 5 | ☐ NA |

VISION: ☒ Not Obstructed ☐ Windshield ☐ Load on Veh ☐ Trees/Brush ☐ Building ☐ Embankment ☐ Sign ☐ Hillcrest ☐ Parked Veh ☐ Moving Veh ☐ Stopped Veh ☐ Glare ☐ Other (Explain) ☐ Unknown (Explain)

**PROOF OF INSURANCE** ☒ Yes ☐ No ☐ Not Required
**INSURANCE COMPANY** ☐ Expired: PROTECTIVE INSURANCE COMPANY
**PHONE NO** (Optional): (800)231-6024
**POLICY NUMBER**: B13119    ☐ NA    ☐ Driver ☒ Vehicle

**7B. VEHICLE - OWNER NAME** (Last, First, MI) & ADDRESS (Street, City, State, Zip) ☐ SAO
SHARKEY TRANSPORTATION INC    3803 DYE ROAD QUINCY, IL 62305
PHONE NUMBER ☐ SAO: (217)228-6555

| YEAR | MAKE | MODEL | COLOR | VEH. TYPE | TOTAL NO OF OCC |
|---|---|---|---|---|---|
| 2007 | MACK TRUCKS, INC. | 4700 | WHI NA | 1 | 1 |

| LICENSE - PLATE NO. | STATE | YEAR | VIN | TOWED FROM SCENE | TOWED DUE TO DIS. DAMAGE |
|---|---|---|---|---|---|
| P466315 | IL | 2013 | 1M1AK06Y17N017206 | ☒ Yes ☐ No | ☒ Yes ☐ No |

**VEHICLE DAMAGE** (Mark all damaged areas) ☐ None / No Damage
INITIAL IMPACT NO: ②③④ 1 5 | 6 | 7   ⑲ - Undercarriage   22 - Cargo   ⑱ - Windshield   23 - Unknown   20 - Burned   24 - Other
① ⑮ | ⑯ | 17   8
14   ④③②⑪ 10 | 9   ㉑ - Towed Unit   (Explain)
☐ NA
TOWED BY ☐ Unknown ☐ NA
PALMATORY TOWING    (660)263-0964
1870 ROUTE JJ
MOBERLY, MO 65270

**VEHICLE BODY TYPES** - Automobiles / Specialty Vehicles    ☐ Vehicle Used As Public Conveyance

☐ Passenger Car ☐ Van (< 9 W/Driver) ☐ Passenger Van (9+ W/Driver) ☐ Sport Utility Vehicle ☐ Limousine (7-8 W/Driver) ☐ Limousine (9-15 W/Driver) ☐ Motorized Bicycle ☐ Pedalcycle ☐ To/From School

☐ Small Bus (9-15 W/Driver) ☐ Large Bus (16+ W/Driver) ☐ School Bus ☐ Intercity ☐ Transit/Commuter ☐ Charter/Tour ☐ Other

☐ Motorcycle ☐ ATV ☐ 2 Wh ☐ 3 Wh ☐ 4 Wh ☐ 5 Wh / More ☐ Unknown

☐ Motor Home ☐ Farm Implements ☐ Construction Equip Heavy Mach ☐ Other Vehicle (Code) ☐ Cargo Van ☐ Pickup ☐ Other Heavy Truck ☐ Unknown (Explain)

☐ Single-unit Truck: 2 axles, 6 tires ☐ Single-unit Truck: 3 or more axles ☐ Veh. Pulling Another Unit(s) (Does not apply to Truck Tractors) ☐ Truck Tractor With No Units ☒ Truck Tractor With One Unit ☐ Truck Tractor With Two Units ☐ Truck Tractor With Three Units

**GVW / GCVW RATING** (Not Licensed Weight) (Pickups, Cargo Vans, All Trucks, Truck Tractors, or Haz Mat Placard Veh Only)
☐ Less than or equal to 10,000 lbs
☐ 10,001 - 26,000 lbs
☒ Greater than 26,000 lbs
☐ Unknown

**EMERGENCY VEHICLE INVOLVEMENT** ☒ NA
☐ Police ☐ Ambulance ☐ Fire ☐ Other (Must check "A" / "B")
☐ A. Emergency Vehicle on Emergency Run
☐ B. Stationary With Emergency Equip. Activated

**CONTRIBUTING TRAFFIC CONDITIONS** ☒ NA
☐ Congestion Ahead ☐ Crash Ahead ☐ Other Incident Ahead ☐ Unknown (Explain)

**7C. VEHICLE ACTION / SEQUENCE OF EVENTS CODES**   ☐ Additional Codes Listed in Narrative (See Codes in Section 8)

| SEQUENCE OF EVENTS CODES | ☐ Unknown | ANIMAL CODE(S) | FIXED OBJECT CODE(S) | ALCOHOL USE |
|---|---|---|---|---|
| 1   15   20   34   17   21   36 | | | 21 | ☐ Yes ☐ Unk ☒ No ☐ NA |

**7D. PROBABLE CONTRIBUTING CIRCUMSTANCES** ☐ None

☐ Vehicle Defects (Explain) ☐ Speed - Exceeded Limit ☐ Too Fast For Conditions ☐ Violation Signal / Sign ☐ Failed To Yield ☐ Alcohol ☐ Drugs

☐ Vision Obstructed ☒ Driver Fatigue / Asleep ☐ Improper Signal ☐ Improper Backing ☐ Improper Turn ☐ Improper Passing ☐ Improperly Parked

☐ Failed To Dim Headlights ☐ Failed To Use Lights ☐ Following Too Close ☐ Wrong Side (Not Passing) ☐ Wrong Side (One-Way) ☐ Physical Impairment (Explain) ☐ Improper Start From Park

☐ Improper Towing / Pushing ☐ Improperly Stopped On Roadway ☐ Improper Lane Usage / Change ☐ Overcorrected ☐ Improper Riding / Clinging To Veh Exterior ☐ Failed To Secure Load / Improper Loading ☐ Animal(s) in Roadway

☐ Object / Obstruction in Roadway ☐ Distracted / Inattentive (Designate Type) ☐ Unknown (Explain) ☐ Other (Explain)
DISTRACTED / INATTENTIVE CODE(S) ☒ NA (See Codes in Section 8)

**7E. WORK ZONE** ☐ Yes ☒ No ☐ Unknown
Workers Present ☐ Yes ☐ No ☐ Unknown

**TRAFFIC CONTROL** ☐ None ☐ Unknown
Electric ☐ Green/Yellow/Red ☐ Flashing Red ☐ Flashing Yellow ☐ Ramp Meter ☐ Other (Explain)
Other ☐ Stop Sign ☒ No Passing Zone ☐ Turn Restricted ☐ Officer/Flagman ☐ Signal On School Bus
Controls ☐ Warning Sign/Device ☐ Railway Crossing Sign/Device ☐ School Zone ☐ Yield Sign ☐ Other (Explain)

**CONTROL MALFUNCTIONING / INOPERATIVE / MISSING**
☐ Yes (Explain) ☒ No
☐ Unknown ☐ NA

**7F. OCCUPANTS** - NAME (Last, First, MI) ADDRESS (Street, City, State, Zip)

| NAME / ADDRESS | DATE OF BIRTH MM-DD-YYYY | SEX | SEAT LOC | INJ | TRANS-PORT | EJEC-TION | AIR BAG | SAFETY DEVICES | PHONE NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| NA | | | | | | | | | |
| NA | | | | | | | | | |
| NA | | | | | | | | | |
| NA | | | | | | | | | |
| NA | | | | | | | | | |

**7G. COMMERCIAL MOTOR VEHICLE** ☐ NA (Required on vehicle if "Yes" was answered to questions in parts 1 and 2 in CMV involvement criteria and vehicle meets one of the three criteria in part 2.)

**MOTOR CARRIER IDENTIFICATION** (Lessee etc.) - NAME & ADDRESS (Street, City, State, Zip) ☐ SAO
SHARKEY TRANSPORTATION INC    P.O. BOX 3154 QUINCY, IL 62305
PHONE NUMBER ☐ SAO: (217)228-6555

| COMMERCIAL / NON-COMMERCIAL | ☒ Interstate Carrier ☐ Intrastate Carrier | ☐ Not In Commerce - Government Vehicle ☐ Not In Commerce - Rental Vehicle ☐ Not In Commerce - Other Vehicle | MC / MX / ICC NO. 136314 | USDOT NO. 55815 |
|---|---|---|---|---|

| CARGO BODY TYPE | ☒ Enclosed Box ☐ Cargo Tank | ☐ Flatbed ☐ Dump | ☐ Concrete Mixer ☐ Auto Transporter | ☐ Garbage/Refuse ☐ Grain/Chip/Gravel | ☐ Pole Trailer ☐ Log | ☐ Vehicle Towing Another Veh | ☐ Intermodal Container Chassis | ☐ NA (No Cargo Body) | ☐ Other ☐ Unknown |
|---|---|---|---|---|---|---|---|---|---|

| HAZARDOUS MATERIALS | PLACARD DISPLAYED ☐ Yes ☒ No ☐ Unknown | 4-DIGIT NO NA | CLASS NA | HM CARGO PRESENT ☐ Yes ☒ No ☐ Unknown | HM CARGO RELEASED ☐ Yes ☒ No ☐ Unknown | HAZARDOUS MATERIAL NAME NA |
|---|---|---|---|---|---|---|

☐ Page Not Used    REPORT # 130569847    PAGE 4 OF 7

## 7 - DRIVERS, VEHICLES, OWNERS, & OCCUPANTS

**NO. 2**

### 7A. DRIVER - NAME (Last, First, MI) & ADDRESS (Street, City, State, Zip)
OSORIO, OSCAR RUBEN   2601 S. PALM COURT DRIVE HARLINGEN, TX 78552

**PHONE NUMBER:** (956) 357-4919

| DRIVER LICENSE / ID NUMBER | STATE | LIC STATUS | LIC TYPE | | MC ENDORSEMENT |
|---|---|---|---|---|---|
| 23437627 | TX | ☒ Valid ☐ Expired ☐ Susp/Rev/Denied ☐ Disqual CDL ☐ Canceled/Oth invalid ☐ Unknown ☐ NA | ☒ Operator Class C ☐ CDL Class __ ☐ Interm/Grad | ☐ Permit ☐ MC Only ☐ Unlicensed ☐ Unknown (Explain) | ☐ Yes ☐ No ☒ NA ☐ Unknown (Explain) |

| DATE OF BIRTH | SEX | SEAT LOC | INJ | TRANS. PORT | EJEC. TION | AIR BAG | SAFETY DEVICES | VISION OBSTRUCTED |
|---|---|---|---|---|---|---|---|---|
| 12/05/1961 | M | FL | 4 | 2 | 2 | 3 | 5 | ☐ NA |

☒ Not Obstructed ☐ Windshield ☐ Load on Veh ☐ Trees/Brush ☐ Building ☐ Embankment ☐ Sign ☐ Hillcrest ☐ Parked Veh ☐ Moving Veh ☐ Stopped Veh ☐ Glare ☐ Other (Explain) ☐ Unknown (Explain)

**PROOF OF INSURANCE:** ☐ Yes ☒ No ☐ Not Required
**INSURANCE COMPANY:** NONE ☐ Expired
**PHONE NO. (Optional):**
**POLICY NUMBER:** ☒ NA ☐ Driver ☐ Vehicle

### 7B. VEHICLE - OWNER NAME (Last, First, MI) & ADDRESS (Street, City, State, Zip) ☒ SAD
**PHONE NUMBER:** ☒ SAD

| YEAR | MAKE | MODEL | COLOR | VEH. TYPE | TOTAL NO. OF OCC |
|---|---|---|---|---|---|
| 1998 | INTERNATIONAL HARVESTER CO. | 4700 | WHI NA | 1 | 8 |

| LICENSE - PLATE NO. | STATE | YEAR | VIN | TOWED FROM SCENE | TOWED DUE TO DIS. DAMAGE |
|---|---|---|---|---|---|
| BP5Y442 | TX | 2013 | 1HTSCAAMXWH529699 | ☒ Yes ☐ No | ☒ Yes ☐ No |

**VEHICLE DAMAGE (Mark all damaged areas)** ☐ None / No Damage
**TOWED BY:** ☐ Unknown ☐ NA
**INITIAL IMPACT NO:** 21
PALMATORY TOWING (660) 263-0964
1870 ROUTE JJ
MOBERLY, MO 65270

18 - Undercarriage, 22 - Cargo, 19 - Windshield, 23 - Unknown, 20 - Burned, 24 - Other (Explain), 21 - Towed Unit

### VEHICLE BODY TYPES - Automobiles / Specialty Vehicles   ☐ Vehicle Used As Public Conveyance

☐ Passenger Car ☐ Small Bus (9-15 W/Driver) ☐ Motorcycle ☐ Motor Home ☒ Single-unit Truck; 2 axles, 6 tires
☐ Van (< 9 W/Driver) ☐ Large Bus (16+ W/Driver) ☐ ATV ☐ Farm Implements ☐ Single-unit Truck; 3 or more axles
☐ Passenger Van (9+ W/Driver) ☐ School Bus ☐ 2 Wh ☐ Construction Equip. Heavy Mach ☒ Veh. Pulling Another Unit(s)
☐ Sport Utility Vehicle ☐ Intercity ☐ 3 Wh ☐ Other Vehicle (Code)___ (Does not apply to Truck Tractors)
☐ Limousine (7-8 W/Driver) ☐ Transit/Commuter ☐ 4 Wh ☐ Cargo Van ☐ Truck Tractor With No Units
☐ Limousine (9-15 W/Driver) ☐ Charter/Tour ☐ 5 Wh/More ☐ Pickup ☐ Truck Tractor With One Unit
☐ Motorized Bicycle ☐ Other ☐ Unknown ☐ Other Heavy Truck ☐ Truck Tractor With Two Units
☐ Pedalcycle ☐ Unknown (Explain) ☐ Truck Tractor With Three Units
☐ To/From School

**GVW / GCVW RATING** (Not Licensed Weight) (Pickups, Cargo Vans, All Trucks, Truck Tractors, or Haz Mat Placard Veh. Only)
☐ Less than or equal to 10,000 lbs.
☒ 10,001 - 26,000 lbs.
☐ Greater than 26,000 lbs
☐ Unknown

**EMERGENCY VEHICLE INVOLVEMENT** ☒ NA
☐ Police ☐ Ambulance ☐ Fire ☐ Other (Must check "A" / "B") → ☐ A. Emergency Vehicle on Emergency Run ☐ B. Stationary With Emergency Equip. Activated

**CONTRIBUTING TRAFFIC CONDITIONS** ☒ NA
☐ Congestion Ahead ☐ Crash Ahead ☐ Other Incident Ahead ☐ Unknown (Explain)

### 7C. VEHICLE ACTION / SEQUENCE OF EVENTS CODES   ☐ Additional Codes Listed in Narrative (See Codes in Section 8)

**SEQUENCE OF EVENTS CODES** ☐ Unknown: 1 34 20
**ANIMAL CODE(S):**
**FIXED OBJECT CODE(S):**
**ALCOHOL USE:** ☐ Yes ☐ Unk ☒ No ☐ NA

### 7D. PROBABLE CONTRIBUTING CIRCUMSTANCES   ☒ None

☐ Vehicle Defects (Explain) ☐ Vision Obstructed ☐ Failed To Dim Headlights ☐ Improper Towing / Pushing ☐ Object / Obstruction in Roadway
☐ Speed - Exceeded Limit ☐ Driver Fatigue / Asleep ☐ Failed To Use Lights ☐ Improperly Stopped On Roadway ☐ Distracted / Inattentive (Designate Type)
☐ Too Fast For Conditions ☐ Improper Signal ☐ Following Too Close ☐ Improper Lane Usage / Change ☐ Unknown (Explain)
☐ Violation Signal / Sign ☐ Improper Backing ☐ Wrong Side (Not Passing) ☐ Overcorrected ☐ Other (Explain)
☐ Failed To Yield ☐ Improper Turn ☐ Wrong Side (One-Way) ☐ Improper Riding / Clinging To Veh Exterior
☐ Alcohol ☐ Improper Passing ☐ Physical Impairment (Explain) ☐ Failed To Secure Load / Improper Loading
☐ Drugs ☐ Improperly Parked ☐ Improper Start From Park ☐ Animal(s) In Roadway

**DISTRACTED / INATTENTIVE CODE(S)** ☒ NA (See Codes in Section 8)

### 7E. WORK ZONE   ☐ Yes ☒ No ☐ Unknown
**TRAFFIC CONTROL** ☐ None ☐ Unknown
Electric ☐ Green/Yellow/Red ☐ Flashing Red ☐ Flashing Yellow ☐ Ramp Meter ☐ Other (Explain)
**Workers Present** ☐ Yes ☐ No ☐ Unknown
Other: ☐ Stop Sign ☒ No Passing Zone ☐ Turn Restricted ☐ Officer / Flagman ☐ Signal On School Bus
Controls ☐ Warning Sign / Device ☐ Railway Crossing Sign / Device ☐ School Zone ☐ Yield Sign ☐ Other (Explain)
**CONTROL MALFUNCTIONING/INOPERATIVE / MISSING** ☐ Yes (Explain) ☒ No ☐ Unknown ☐ NA

### 7F. OCCUPANTS

| NAME (Last, First, MI) / ADDRESS | DATE OF BIRTH | SEX | SEAT LOC | INJ | TRANS PORT | EJEC TION | AIR BAG | SAFETY DEVICES | PHONE NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| OSARIO, CECILIA EVELIA — SAME AS DRIVER | 04/02/1972 | F | OE | 4 | 2 | 2 | 1 | 1 | SAD |
| PRECIADO, ROSALBA OSORIO — SAME AS DRIVER | 09/21/1968 | F | OE | 4 | 2 | 2 | 1 | 1 | SAD |
| OSORIO, MARIA LOURDES — SAME AS DRIVER | 11/28/1966 | F | OE | 3 | 2 | 2 | 1 | 1 | SAD |
| PRECIADO, JULIO CESAR OSARIO — SAME AS DRIVER | 12/11/1976 | M | OE | 4 | 2 | 2 | 1 | 1 | SAD |
| GOUNA, ALEXANDRA MONTEJANO — SAME AS DRIVER | 05/24/1977 | M | OE | 4 | 2 | 2 | 1 | 1 | SAD |

### 7G. COMMERCIAL MOTOR VEHICLE ☒ NA
Required on vehicle if "Yes" was answered to questions in parts 1 and 2 in CMV involvement criteria and vehicle meets one of the three criteria in part 2.

**MOTOR CARRIER IDENTIFICATION** (Lessee, etc.) - NAME & ADDRESS (Street, City, State, Zip) ☐ SAO
**PHONE NUMBER** ☐ SAO

**COMMERCIAL / NON-COMMERCIAL:** ☐ Interstate Carrier ☐ Intrastate Carrier ☐ Not In Commerce - Government Vehicle ☐ Not In Commerce - Other Vehicle ☐ Not In Commerce - Rental Vehicle
**MC / MX / ICC NO:**
**USDOT NO:**

**CARGO BODY TYPE:** ☐ Enclosed Box ☐ Cargo Tank ☐ Flatbed ☐ Dump ☐ Concrete Mixer ☐ Auto Transporter ☐ Garbage / Refuse ☐ Grain / Chip / Gravel ☐ Pole Trailer ☐ Log ☐ Vehicle Towing Another Veh ☐ Intermodal Container Chassis ☐ NA (No Cargo Body) ☐ Other ☐ Unknown

**HAZARDOUS MATERIALS:** PLACARD DISPLAYED ☐ Yes ☐ No ☐ Unknown   4-DIGIT NO   CLASS   HM CARGO PRESENT ☐ Yes ☐ No ☐ Unknown   HM CARGO RELEASED ☐ Yes ☐ No ☐ Unknown   HAZARDOUS MATERIAL NAME

| 8 - CODES | | | | | | | REPORT # 130569847 | | PAGE 5 OF 7 |

### SEAT LOCATION
- XX - Not Known
- B - Pedalcycle
- M - Motorcycle
- CP - Commercial Passenger
- OE - Occupant - Enclosed Load Area
- OU - Occupant - Unenclosed Load Area
- RC - Rail Crew
- SV - Other (Explain in Narrative)
- NA - Not Applicable

FR SR TR
FC SC TC
FL SL TL

### INJURY
1. Fatal
2. Disabling
3. Evident - Not Disabling
4. Probable - Not Apparent
5. None Apparent
U. Unknown
N. NA

### TRANSPORTED (For Medical Treatment)
1. No
2. EMS
3. Other
U. Unknown
N. NA

### EJECTION
1. NA
2. No
3. Partially
4. Totally
U. Unknown

### AIR BAG
1. None / NA
3. Not Deployed
4. Removed
5. Deployed - Front
6. Deployed - Side
7. Deployed - Curtain
8. Deployed - Other (Knee, Air Belt, etc.)
9. Deployed - Combination
10. Deployment Unknown
U. Air Bag Presence Unknown

### SAFETY DEVICES
1. None
2. Not Used
3. Shoulder Belt Only
4. Lap Belt Only
5. Shoulder and Lap Belt
7. DOT Compliant MC Helmet
8. No Helmet
10. Booster Seat
11. Child Restraint - Forward Facing
12. Child Restraint - Rear Facing
13. Other Helmet
14. Reflective Clothing
15. Other
U. Use Unknown
N. Not Applicable

### VEHICLE ACTION / SEQUENCE OF EVENTS (items with double-asterisk [**] require additional coding)
1. Going Straight
2. Overtaking
3. Making Right Turn
4. Right Turn on Red
5. Making Left Turn
6. Making U-Turn
7. Skidding / Sliding
8. Slowing / Stopping
9. Start in Traffic
10. Start From Parked
11. Backing
12. Stopped in Traffic
13. Parked
14. Changing Lanes
15. Avoiding
16. Cross Median
17. Cross Center Of Road
18. Cross Road
19. Airborne
20. Ran Off Roadway - Right
21. Ran Off Roadway - Left
22. Overturn / Rollover
23. Fire / Explosion
24. Immersion
25. Jackknife
26. Cargo Loss / Shift
27. Equipment Failure
28. Separation Of Units
29. Returned To Roadway
30. Collision Inv. Pedestrian
31. Collision Inv. Bicycle/Pedalcycle
32. Collision Inv. Railway Veh.
33. Collision Inv. Animal (**)
34. Collision Inv. MV in Transport
35. Collision Inv. Parked MV
36. Collision Inv. Fixed Object (**)
37. Collision Inv. Other Object (Explain)
38. Other Non-collision
39. Collision Inv. Bicycle/Pedalcycle In Bicycle Lane
40. Collision Inv. Animal Drawn Vehicle / Animal Ridden For Transportation
41. Collision Inv. Working MV
42. Downhill Runaway
43. Fell/Jumped From MV
44. Thrown/Falling Object
45. Struck By Falling, Shifting Cargo, Object Set in Motion By Own MV
46. Ran Off Roadway - Other (Explain)
47. Cross Separator

### ANIMAL CODES FOR VEHICLE ACTION / SEQUENCE OF EVENTS
60. Deer
61. Farm Animal
62. Dog
63. Other Animal
U. Unknown

### FIXED OBJECT CODES FOR VEHICLE ACTION / SEQUENCE OF EVENTS
20. Tree / Stump (Standing)
21. Embankment / Driveway / Ground / Rock Bluff
22. Guardrail Face
23. Utility Pole
24. Fence
25. Street Light Support
26. Culvert
27. Highway Traffic Sign Post / Support
28. Bridge Pier / Abutment / Support
29. Curb
30. Mail Box
31. Concrete Traffic Barrier
32. Building
33. Traffic Signal Support
34. Impact Attenuator / Crash Cushion
35. Fire Hydrant
36. Other (Explain)
37. Bridge Parapet End
38. Bridge Rail
39. Guardrail End
40. Other Traffic Barrier
41. Overhead Sign Support
42. Ditch
43. Other Post / Pole / Support
44. Wall
45. Cable Barrier
46. Bridge Overhead Structure
47. Overhead Line / Cable
U. Unknown

### DISTRACTED / INATTENTIVE CODES
1. External Distraction
2. Passengers
3. Stereo / Audio / Video Equipment
4. Navigation Device
5. Communication Device - Hand-held
6. Communication Device - Hands Free
7. Communication Device - Texting / E-mailing
8. Communication Device - Web Browsing
9. Eating / Drinking
10. Reading
11. Tobacco Use
12. Grooming
13. Computer Equipment / Electronic Games / etc.
14. Adjusting Vehicle Controls
15. Other (Explain)

### VEHICLE TYPE CODES
1. Motor Vehicle in Transport
2. Parked Motor Vehicle
3. Working Motor Vehicle
4. Pedalcycle
5. Animal Drawn Vehicle / Animal Ridden For Transport Purposes
U. Unknown

### OTHER VEHICLE CODES
1. Riding Mower / Garden Tractor
2. Golf Cart
3. Snowmobile
4. Forklift
5. Animal Drawn Vehicle / Animal Ridden For Transportation
6. Low Speed Vehicle
7. Other (Explain)

## 9. NARRATIVE / STATEMENTS
*(If additional room is necessary, use Section 11 - Narrative / Statements Continuation)*

**NARRATIVE**

VEHICLE 1 AND 2 WERE WESTBOUND ON US 24. VEHICLE 1 RAN INTO THE REAR OF THE TOWED UNIT CONNECTED TO VEHICLE 2. VEHICLE 1 TRAVELED OFF THE SOUTH SIDE OF THE HIGHWAY IMPACTED AN EMBANKMENT AND CAME TO REST IN A YARD. VEHICLE 2 WAS DRIVEN TO A CONTROLLED STOP WEST OF THE IMPACT

**EITEL, ANDREW CARLYLE: DRIVER OF VEHICLE 1 STATEMENT**
DRIVER 1 ADVISED HE WAS EN ROUTE TO MOBERLY. HE INDICATED HE MAY HAVE DOSED OFF. HE ADVISED HE LOOKED UP AND SEEN THE VEHICLE TRAVELING SLOW IN FRONT OF HIM

**OSORIO, OSCAR RUBEN: DRIVER OF VEHICLE 2 STATEMENT**
I WAS GOING AROUND 45-50 MILES PER HOUR WHEN I SAW HIM COMING UP BEHIND US REAL FAST. I TOLD EVERYBODY HOLD ON HE IS GOING TO HIT US.

**OSARIO, CECILIA EVELIA: PASSENGER OF VEHICLE 2 STATEMENT**
NO STATEMENT

**PRECIADO, ROSALBA OSORIO: PASSENGER OF VEHICLE 2 STATEMENT**
NO STATEMENT

**OSORIO, MARIA LOURDES: PASSENGER OF VEHICLE 2 STATEMENT**
NO STATEMENT

**PRECIADO, JULIO CESAR OSARIO: PASSENGER OF VEHICLE 2 STATEMENT**
NO STATEMENT

**GOUNA, ALEXANDRA MONTEJANO: PASSENGER OF VEHICLE 2 STATEMENT**
NO STATEMENT

**OSORIO, ROLANDO BELLS ENCARNACION: PASSENGER OF VEHICLE 2 STATEMENT**
NO STATEMENT

**OSORIO, RUBEN JAMES: PASSENGER OF VEHICLE 2 STATEMENT**
I HEARD A SCREECHING NOISE THEN FELT A BIG IMPACT

## 10. REPORTING AND REVIEWING OFFICER INFORMATION

| REPORTING OFFICER NAME | DSN / BADGE NO. | BEAT / ZONE | TROOP / DISTRICT / PRECINCT |
|---|---|---|---|
| SGT G. RILEY | 923 | 11 | B |

| REVIEWING OFFICER NAME | DSN / BADGE NO. | REVIEWING OFFICER 2 NAME | DSN / BADGE NO |
|---|---|---|---|
| CPL J. MATTINGLY | 587 | | |

| | ☐ Page Not Used | REPORT # __130569847__ | PAGE __6__ OF __7__ |

**11. NARRATIVE / STATEMENTS CONTINUATION** (If additional room is necessary, use Narrative / Statements Continuation / Supplement)

**CARUCEL, MICHAEL C: WITNESS 1 STATEMENT**
I SAW A DUST CLOUD THEN THE TRUCK GO OFF THE ROAD

**EITEL, ANDREW CARLYLE: DRIVER OF VEHICLE 1 TRANSPORTATION INFO**
TRANSPORTED BY **RANDOLPH COUNTY AMBULANCE DISTRICT**   TRANSPORTED TO **MOBERLY REGIONAL MEDICAL CENTER**

**OSORIO, OSCAR RUBEN: DRIVER OF VEHICLE 2 TRANSPORTATION INFO**
TRANSPORTED BY **RANDOLPH COUNTY AMBULANCE DISTRICT**   TRANSPORTED TO **MOBERLY REGIONAL MEDICCAL CENTER**

**OSARIO, CECILIA EVELIA: PASSENGER OF VEHICLE 2 TRANSPORTATION INFO**
TRANSPORTED BY **RANDOLPH COUNTY AMBULANCE DISTRICT**   TRANSPORTED TO **UNIVERSITY MISSOURI HOSPITAL**

**PRECIADO, ROSALBA OSORIO: PASSENGER OF VEHICLE 2 TRANSPORTATION INFO**
TRANSPORTED BY **RANDOLPH COUNTY AMBULANCE DISTRICT**   TRANSPORTED TO **MOBERLY REGIONAL MEDICAL CENTER**

**OSORIO, MARIA LOUDRES: PASSENGER OF VEHICLE 2 TRANSPORTATION INFO**
TRANSPORTED BY **RANDOLPH COUNTY AMBULANCE DISTRICT**   TRANSPORTED TO **UNIVERSITY MISSOURI HOSPITAL**

**PRECIADO, JULIO CESAR OSARIO: PASSENGER OF VEHICLE 2 TRANSPORTATION INFO**
TRANSPORTED BY **CHARITON COUNTY AMBULANCE DISTRICT**   TRANSPORTED TO **MOBERLY REGIOANL MEDICAL CENTER**

**GOUNA, ALEXANDRA MONTEJANO: PASSENGER OF VEHICLE 2 TRANSPORTATION INFO**
TRANSPORTED BY **RANDOLPH COUNTY AMBULANCE DISTRICT**   TRANSPORTED TO **MOBERLY REGIONAL MEDICAL CENTER**

**OSORIO, ROLANDO BELLS ENCARNACION: PASSENGER OF VEHICLE 2 TRANSPORTATION INFO**
TRANSPORTED BY **RANDOLPH COUNTY AMBULANCE DISTRICT**   TRANSPORTED TO **MOBERLY REGIOANL MEDICAL CENTER**

**OSORIO, RUBEN JAMES: PASSENGER OF VEHICLE 2 TRANSPORTATION INFO**
TRANSPORTED BY **CHARITON COUNTY AMBULANCE**   TRANSPORTED TO **MOBERLY REGIONAL MEDICAL CENTER**

**VEHICLE #1 TRAILER(S)**
TRAILER 1   YEAR **2011**   MAKE **WANC**   PLATE **T467063**   IL   VIN **1JJV532B5BL388270**   NOTE **SIDE DAMAGE**

**VEHICLE #2 TRAILER(S)**
TRAILER 1   YEAR **1992**   MAKE **FLEET**   PLATE **P24835**   AZ   VIN: **1EE5F3129N9308438**   NOTE **DESTROYED**

# MISSOURI STATE HIGHWAY PATROL
## MOMHPBB00

| SUPPLEMENTAL REPORT NO. | SUPPLEMENTAL REPORT DATE | AGENCY NAME AND ORI |
|---|---|---|

| CRASH DATE | TRP / DIST / PCT | COUNTY |
|---|---|---|
| 09/05/2013 | B | RANDOLPH |

| REPORTING OFFICER NAME | DSN / BADGE NO | SUPPLEMENTAL REVIEWING OFFICER NAME | DSN / BADGE NO |
|---|---|---|---|
| SGT G. RILEY | 923 | | |

**SEAT LOCATION**
- XX - Not Known
- B - Pedalcycle
- M - Motorcycle
- CP - Commercial Passenger
- OE - Occupant - Enclosed Load Area
- OU - Occupant - Unenclosed Load Area
- RC - Rail Crew
- SV - Other (Explain in Narrative)
- NA - Not Applicable

FR SR TR
FC SC TC
FL SL TL

**INJURY**
1. Fatal
2. Disabling
3. Evident - Not Disabling
4. Probable - Not Apparent
5. None Apparent
U. Unknown
N. NA

**TRANSPORTED** (For Medical Treatment)
1. No
2. EMS
3. Other
U. Unknown
N. NA

**EJECTION**
1. NA
2. No
3. Partially
4. Totally
U. Unknown

**AIR BAG**
1. None / NA
3. Not Deployed
4. Removed
5. Deployed - Front
6. Deployed - Side
7. Deployed - Curtain
8. Deployed - Other (Knee, Air Belt, etc.)
9. Deployed - Combination
10. Deployment Unknown
U. Air Bag Presence Unknown

**SAFETY DEVICES**
1. None
2. Not Used
3. Shoulder Belt Only
4. Lap Belt Only
5. Shoulder and Lap Belt
7. DOT Compliant MC Helmet
8. No Helmet
10. Booster Seat
11. Child Restraint - Forward Facing
12. Child Restraint - Rear Facing
13. Other Helmet
14. Reflective Clothing
15. Other
U. Use Unknown
N. Not Applicable

---

**5 - PEDESTRIAN** ☒ NA ☐ Law Enforcement Officer ☐ Other Emergency Services Personnel ☐ MoDOT Worker ☐ Other Trafficway Worker ☐ Other Pedestrian

NO | NAME (Last, First, MI) & ADDRESS (Street, City, State, Zip) | PHONE NUMBER

| DATE OF BIRTH | SEX | STRUCK BY VEH # | INJ | TRANS PORT | SAFETY DEVICES | LOCATION |
|---|---|---|---|---|---|---|

☐ On Roadway ☐ In Driveway Access ☐ On Median / Crossing Island
☐ On Sidewalk ☐ Off Roadway ☐ Unknown

**CROSSING ROAD** ☐ NA
☐ With Signal
☐ Against Signal
☐ No Signal
☐ Unknown
☐ Not At Crosswalk
☐ In Marked Crosswalk
☐ In Unmarked Crosswalk
☐ Unknown

**OTHER ACTIONS** ☐ NA/None
☐ Getting On / Off Vehicle
☐ Standing / Lying / Sitting In Trafficway
☐ Pushing / Working On Vehicle
☐ Behind / In Front of Parked / Stopped Veh
☐ Working In Trafficway
☐ Playing In Trafficway
☐ Walking / Running In Trafficway
☐ With Traffic ☐ Against Traffic
☐ Unknown
☐ Other (Explain)

**SCHOOL INFO** ☐ NA
☐ Going To / From School
☐ Getting On / Off School Bus
☐ Both Of The Above
☐ Unknown (Explain)

**PROBABLE CONTRIBUTING CIRCUMSTANCES** ☐ None
☐ Failed To Yield
☐ Distracted / Inattentive
☐ Alcohol
☐ Drugs
☐ Vision Obstructed (Explain)
☐ Physical Impairment (Explain)
☐ Other (Explain)
☐ Unknown (Explain)

**DISTRACTED / INATTENTIVE CODE(S)** ☐ NA
**ALCOHOL USE** ☐ Yes ☐ No ☐ Unknown

---

**5 - PEDESTRIAN** ☒ NA ☐ Law Enforcement Officer ☐ Other Emergency Services Personnel ☐ MoDOT Worker ☐ Other Trafficway Worker ☐ Other Pedestrian

NO | NAME (Last, First, MI) & ADDRESS (Street, City, State, Zip) | PHONE NUMBER

| DATE OF BIRTH | SEX | STRUCK BY VEH # | INJ | TRANS PORT | SAFETY DEVICES | LOCATION |
|---|---|---|---|---|---|---|

☐ On Roadway ☐ In Driveway Access ☐ On Median / Crossing Island
☐ On Sidewalk ☐ Off Roadway ☐ Unknown

**CROSSING ROAD** ☐ NA
☐ With Signal
☐ Against Signal
☐ No Signal
☐ Unknown
☐ Not At Crosswalk
☐ In Marked Crosswalk
☐ In Unmarked Crosswalk
☐ Unknown

**OTHER ACTIONS** ☐ NA/None
☐ Getting On / Off Vehicle
☐ Standing / Lying / Sitting In Trafficway
☐ Pushing / Working On Vehicle
☐ Behind / In Front of Parked / Stopped Veh
☐ Working In Trafficway
☐ Playing In Trafficway
☐ Walking / Running In Trafficway
☐ With Traffic ☐ Against Traffic
☐ Unknown
☐ Other (Explain)

**SCHOOL INFO** ☐ NA
☐ Going To / From School
☐ Getting On / Off School Bus
☐ Both Of The Above
☐ Unknown (Explain)

**PROBABLE CONTRIBUTING CIRCUMSTANCES** ☐ None
☐ Failed To Yield
☐ Distracted / Inattentive
☐ Alcohol
☐ Drugs
☐ Vision Obstructed (Explain)
☐ Physical Impairment (Explain)
☐ Other (Explain)
☐ Unknown (Explain)

**DISTRACTED / INATTENTIVE CODE(S)** ☐ NA
**ALCOHOL USE** ☐ Yes ☐ No ☐ Unknown

---

| OCCUPANTS - NAME (Last, First, MI) ADDRESS (Street, City, State, Zip) | DATE OF BIRTH MM-DD-YYYY | SEX | VEH NO | SEAT LOC | INJ | TRANS- PORT | EJEC- TION | AIR BAG | SAFETY DEVICES | PHONE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| OSORIO, ROLANDO BELLS ENCARNACION SAME AS DRIVER | 12/27/1996 | M | 2 | OE | 4 | 2 | 2 | 1 | 1 | SAD |
| OSORIO, RUBEN JAMES SAME AS DRIVER | 11/02/1990 | M | 2 | FR | 4 | 2 | 2 | 1 | 1 | (956)357-4919 |

SHP-224B 01/12