IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CECILIA OSORIO, ROLANDO ENCARNACION OSORIO, ROSALBA OSORIO, MARIA DE LOURDES OSORIO, RUBEN JAMES OSORIO, JULIO CESAR OSORIO PRECIADO, AND ALEXANDRA MONTEJANO GAUNA, INVIDUALLY AND AS NEXT FRIEND OF PAULINA OSORIO MONTEJANO, A MINOR | § § § § § § § § § | |
| V. | § § § § § § § § § § | CIVIL ACTION NO. 1:15-CV-00160 |
| SHARKEY TRANSPORTATION, INC., ANDREW CARLYLE EITEL, AND OSCAR RUBEN OSORIO | § § § | |

## AGREED ORDER OF REMAND

Came on this day for consideration the Agreed Motion to Remand filed by Plaintiffs Cecilia Osorio; Rolando Encarnacion Osorio; Rosalba Osorio; Maria De Loudres Osorio; Ruben James Osorio; Julio Cesar Osorio Preciado; and Alexandra Montejano Gauna, Individually and As Next Friend of Paulina Osorio Montejano, a Minor, and Oscar Ruben Osorio, and the Court, having considered the motion, is of the opinion that it is meritorious and should be granted in all respects. It is, therefore,

ORDERED that this action is remanded to the 357th Judicial District Court of Cameron County, Texas, and that the Clerk of this Court shall mail a copy of this Order via certified mail, return receipt requested, to the Clerk of the District Court of Cameron County, Texas. Upon receipt of this Order, said court may proceed with the action according to the laws and

procedures of the courts and laws of the State of Texas.

SIGNED THIS _____ day of _____ 2016.

---

UNITED    STATES    DISTRICT    JUDGE/ MAGISTRATE