# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

**DAVID J. BRADLEY**
CLERK OF COURT

600 E. HARRISON STREET
BROWNSVILLE, TX  78520-7114
956-548-2500

April 19, 2016

Mr. Eric Garza
Cameron County District Clerk's Office
974 East Harrison Street-Third Floor
Brownsville, TX 78520

Re:      Your Previous Case No.   2015-DCL-4675-E
         Our Civil Action No.  B:15-CV-160; Cecilia Osorio et al. v. Sharkey Transportation, Inc.

Dear Mr. Garza:

Enclosed please find a certified copy of an Order entered on **April 19, 2016,** remanding the above-referenced case to state court.

Please acknowledge receipt of the enclosed order by executing the receipt below and returning it to us.

Sincerely,

By:      Dori Lee Noriega
         Deputy Clerk

/dln
Enclosure

Filed Under Civil Action No.: _____

Received On: _____

By: _____

## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

**DAVID J. BRADLEY**
CLERK OF COURT

600 E. HARRISON STREET
BROWNSVILLE, TX  78520-7114
956-548-2500

April 19, 2016

Mr. Eric Garza
Cameron County District Clerk's Office
974 East Harrison Street-Third Floor
Brownsville, TX 78520

Re:    Your Previous Case No.   2015-DCL-4675-E
       Our Civil Action No.  B:15-CV-160; Cecilia Osorio et al. v. Sharkey Transportation, Inc.

Dear Mr. Garza:

        Enclosed please find a certified copy of an Order entered on **April 19, 2016,** remanding the above-referenced case to state court.

        Please acknowledge receipt of the enclosed order by executing the receipt below and returning it to us.

                              Sincerely,


                    By:    Dori Lee Noriega
                           Deputy Clerk

/dln
Enclosure



Filed Under Civil Action No.: _____

Received On: _____

By: _____