## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

**DAVID J. BRADLEY**
CLERK OF COURT

United States District Court
Southern District of Texas
FILED
MAY 0 3 2016
David J. Bradley, Clerk of Court

600 E. HARRISON STREET
BROWNSVILLE, TX 78520-7114
956-548-2500



April 19, 2016

FILED _____ o'clock _____ M
ERIC GARZA - DISTRICT CLERK
APR 25 2016
DISTRICT COURT OF CAMERON COUNTY, TEXAS
By _____ Cesar Rodriguez _____ Deputy #25

Mr. Eric Garza
Cameron County District Clerk's Office
974 East Harrison Street-Third Floor
Brownsville, TX 78520

Re:   Your Previous Case No.   2015-DCL-4675-E
      Our Civil Action No.   B:15-CV-160; Cecilia Osorio et al. v. Sharkey Transportation, Inc.

Dear Mr. Garza:

Enclosed please find a certified copy of an Order entered on **April 19, 2016,** remanding the above-referenced case to state court.

Please acknowledge receipt of the enclosed order by executing the receipt below and returning it to us.

Sincerely,

By:   Dori Lee Noriega
      Deputy Clerk

/dln
Enclosure

Filed Under Civil Action No.: 2015-DCL-4675-E

Received On: 4-25-2016

By: Cesar Rodriguez